Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ROBERT WAYNE LINDSAY
LISA MICHELLE LINDSAY

CASE NO: 08-70175-HDH-13
HEARING DATE: 2/18/2009
HEARING TIME:  11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

## I.
## OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 015 0 U | BILL ME LATER | $888.35 | 016 0 U | CAPITAL ONE | $1,753.00 |
| 021 0 U | CRYOVAC FEDERAL CREDIT UNION | $695.00 | 035 0 U | HSBC | $867.00 |

## II.
## SPECIFIC OBJECTIONS

No Objections

## III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 * | CAPITAL ONE AUTO FINANCE | 06 SONATA | $23,854.08 | $23,854.08 | 9.92% | 60 | $509.84 PAID BY TRUSTEE |
| 009 0 * | CAPITAL ONE AUTO FINANCE | 2005 DODGE STRATUS | $11,514.20 | $11,514.20 | 9.94% | 60 | $239.87 PAID BY TRUSTEE |
| 010 0 | GMAC | 2007 CHEVY IMPALA | $25,620.62 | $28,200.00 | | | PD DIRECT BY DEBTOR |
| 012 0 | WASHINGTON MUTUAL HOME LOAN | MORTGAGE | $0.00 | $149,361.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | WICHITA COUNTY TAX ASSESSOR | 08 PROPERTY TAXES | $0.00 | $149,361.00 | | | PD DIRECT BY DEBTOR |
| 017 0 * | CHASE BANK USA NA | PURCHASES/CIRCUIT CITY | $1,620.03 | $601.21 | 8.00% | 60 | $14.80 PAID BY TRUSTEE |

Provided unsecured in confirmed plan.  Claim filed secured.  See Modification Below.

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 014 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/AMERICAN EAGLE* | $304.94 | 017 1 U | CHASE BANK USA NA<br>*SPLIT CLAIM/PURCHASES-CIRCUIT CITY* | $1,018.82 |
| 018 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/HOME DEPOT/CHASE* | $1,883.20 | 019 0 U | RESURGENT CAPITAL SERVICES<br>*PURCHASES/CITIBANK* | $766.97 |
| 020 0 U | CRYOVAC FEDERAL CREDIT UNION<br>*PURCHASES* | $1,437.05 | 022 0 U | DELL FINANCIAL SERVICES<br>*PURCHASES* | $4,377.11 |

| | | | | | |
|---|---|---|---|---|---|
| 023 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/DIRECT MERCHANTS* | $2,849.80 | 024 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/DIRECT MERCHANTS* | $1,377.98 |
| 025 0 U | GE CONSUMER FINANCE<br>*PURCHASES/DISCOUNT TIRES* | $194.36 | 026 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/OLD NAVY* | $1,262.57 |
| 027 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/OLD NAVY* | $587.67 | 028 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/PAYPAL BUYER CREDIT* | $896.86 |
| 029 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/SAMS* | $1,194.32 | 030 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/WALMART* | $3,117.80 |
| 031 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/WALMART* | $2,884.54 | 032 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/HOUSHOLD* | $3,366.54 |
| 033 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/GM CARD/HSBC* | $4,058.69 | 034 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/GM CARD/HSBC* | $954.94 |
| 036 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/GEMB JC PENNEY* | $754.21 | 038 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/JC PENNEY GEMB* | $481.01 |
| 039 0 U | CHASE BANK USA NA<br>*PURCHASES/CHASE-KOHLS* | $589.42 | 040 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/LOWES* | $947.49 |
| 041 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/ORCHARD/HSBC* | $5,467.78 | 042 0 U | PHARIA LLC<br>*PURCHASES* | $2,471.15 |
| 043 0 U | ROUNDUP FUNDING LLC<br>*PURCHASES* | $1,098.44 | 067 0 U * | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/HOME DEPOT*<br>*Not provided for in confirmed plan.* | $1,442.82 |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Chase Bank USA is allowed a secured claim for $1,620.03 with a value of $601.21 and will be paid 8% interest over the remaining 60 months with a payment of $14.80.

Debtor shall pay 5 payments of $1,649.00 beginning 6/8/2008. Then Debtor shall pay 4 payments of $840.00 beginning 11/8/2008. Then Debtor shall pay 51 payments of $850.00 beginning 3/8/2009 for a total of $54,955.00.

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 2/18/2009 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____

Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   12/17/2008

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006
BILL ME LATER PO BOX 2394  OMAHA NE 68103
CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL GROUP PO BOX 201347 ARLINGTON TX 76006
CAPITAL ONE AUTO FINANCE PO BOX 255605  SACRAMENTO CA 95865
CAPITAL ONE C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091
CHASE BANK USA NA C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
CHASE BANK USA NA PO BOX 100018  KENNESAW GA 30156
CHASE PO BOX 100019  KENNESAW GA 30156
CITIBANK USA ATTN  CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CITIGROUP MASTER CARD ATTN  BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CRYOVAC FEDERAL CREDIT UNION 1309 W MAGNOLIA  IOWA PARK TX 76367
DELL FINANCIAL SERVICES 12234 N IH 35  AUSTIN TX 78753
DELL FINANCIAL SERVICES C/O RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE SC 29603
DIRECT MERCHANTS BANK PO BOX 5246  CAROL STREAM IL 60197
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
GE CONSUMER FINANCE PO BOX 960061  ORLANDO FL 32896
GE MONEY BANK ATTN:  BANKRUPTCY DEPARTMENT PO BOX 103106 ROSWELL GA 30076
GEMB PO BOX 103106  ROSWELL GA 30076
GMAC 2740 ARTHUR ST  SAINT PAUL MN 55113
GMAC PO BOX 130424  ROSEVILLE MN 55113
GMAC PO BOX 5055  TROY MI 48007
HSBC ATTN  BANKRUPTCY DEPARTMENT PO BOX 5213 CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75248
JC PENNEY PO BOX 103106  ROSWELL GA 30076
JC PENNEY PO BOX 533  DALLAS TX 75221
KOHLS PO BOX 3120  MILWAUKEE WI 53201
LOWES MBGA PO BOX 103104  ROSWELL GA 30076
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PHARIA LLC C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE WA 98124
RESURGENT ACQUISITION PO BOX 10587  GREENVILLE SC 29603
RESURGENT CAPITAL SERVICES PO BOX 10587  GREENVILLE SC 29603
ROBERT WAYNE LINDSAY & LISA MICHELLE LINDSAY 4934 TRINIDAD DR  WICHITA FALLS TX 76310
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
TARGET NATIONAL BANK C/O WEINSTEIN & RILEY PS 2001 WESTERN AVENUE STE 400 SEATTLE WA 98121
TARGET NATIONAL BANK PO BOX 9475  MINNEAPOLIS MN 55440
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WASHINGTON MUTUAL HOME LOAN PO BOX 78148  PHOENIX AZ 85062
WICHITA COUNTY TAX ASSESSOR PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```